Roberto G. Ripamonti, Esq. (SB#259123)
Tsao-Wu, Chow & Yee LLP
685 Market Street, Suite 460
San Francisco, CA 94105
Telephone: (415) 777-1688
Facsimile: (415) 777-2298

Attorney for Plaintiff
Lorine Hui Hong Liang

JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

     450 Golden Gate Avenue, 9th Floor
     San Francisco, California 94102-3495
     Telephone:   (415) 436-7264
     Facsimile:   (415) 436-6748
     Email: abraham.simmons@usdoj.gov

Attorneys for John E. Potter

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORINE HUI HONG LIANG          ) | Case No.: CV-03137 |
|                    ) | |
|         Plaintiff,        ) | |
|                    ) | JOINT CASE MANAGEMENT |
| vs.                  ) | CONFERENCE STATEMENT |
|                    ) | |
| JOHN E. POTTER, IN HIS OFFICIAL   ) | ORDER RESETTING CMC |
| CAPACITY AS POST MASTER       ) | FROM 1/27/10 TO 2/24/10 |
| GENERAL, UNITED STATES POSTAL  ) | |
| SERVICE                 ) | |
|                    ) | |
|         Defendant.      ) | |
| _____ ) | |

1  Plaintiff Lorine Hui Hong Liang and Defendant John E. Potter, Post Master General, jointly

2  submit this Pretrial Statement pursuant to FRCP Rule 26(f) and Local Rule 16(9)(a).

3  Pursuant to this Court's order, the parties appeared at a court-sponsored mediation on

4  January 12, 2010, before Eileen Barker.  The parties have reached a settlement in principle and

5  the confirming documentation is being prepared for the Court's signature.  The parties wish to

6  thank Ms. Barker who ably conducted the mediation to conclusion.  The parties anticipate that

7  the stipulation of settlement will be filed before the end of this week therefore precluding the

8  need for the scheduled case management conference.

9  Dated: January 20, 2010                    Respectfully submitted,

10

11                                      By:      ___/s/ Roberto Ripamonti_____
                                              Roberto G. Ripamonti
12                                            Attorney for Plaintiff
                                              Lorine Liang
13

14                                      By:      _____/s/_____
                                              Abraham Simmons
15                                            Attorney for Defendant
                                              John Potter, Post Master General, USPS
16

17

18

19  IT IS SO ORDERED THAT that CMC is reset from 1/27/10 to
    2/24/10 at 1:30 p.m.  A joint CMC Statement shall be filed
20  by 2/17/10.

21

22  _____
    Edward M. Chen
23  U.S. Magistrate Judge

24

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

JOINT CMC STATEMENT FOR LIANG v. POTTER