Roberto G. Ripamonti, Esq. (SB#259123)
Tsao-Wu, Chow & Yee LLP
685 Market Street, Suite 460
San Francisco, CA 94105
Telephone: (415) 777-1688
Facsimile: (415) 777-2298

Attorney for Plaintiff
Lorine Hui Hong Liang

JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:    (415) 436-7264
    Facsimile:    (415) 436-6748
    Email: abraham.simmons@usdoj.gov

Attorneys for John E. Potter

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORINE HUI HONG LIANG ) | Case No.: CV-03137 |
| ) | |
| Plaintiff, ) | |
| ) | JOINT CASE MANAGEMENT |
| vs. ) | CONFERENCE STATEMENT |
| ) | |
| JOHN E. POTTER, IN HIS OFFICIAL ) | ORDER RESETTING CMC |
| CAPACITY AS POST MASTER ) | FROM 1/27/10 TO 2/24/10 |
| GENERAL, UNITED STATES POSTAL ) | |
| SERVICE ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff Lorine Hui Hong Liang and Defendant John E. Potter, Post Master General, jointly submit this Pretrial Statement pursuant to FRCP Rule 26(f) and Local Rule 16(9)(a).

Pursuant to this Court's order, the parties appeared at a court-sponsored mediation on January 12, 2010, before Eileen Barker.  The parties have reached a settlement in principle and the confirming documentation is being prepared for the Court's signature.  The parties wish to thank Ms. Barker who ably conducted the mediation to conclusion.  The parties anticipate that the stipulation of settlement will be filed before the end of this week therefore precluding the need for the scheduled case management conference.

Dated: January 20, 2010                        Respectfully submitted,

By: ___/s/ Roberto Ripamonti_____
Roberto G. Ripamonti
Attorney for Plaintiff
Lorine Liang

By: _____/s/_____
Abraham Simmons
Attorney for Defendant
John Potter, Post Master General, USPS

IT IS SO ORDERED THAT that CMC is reset from 1/27/10 to 2/24/10 at 1:30 p.m.  A joint CMC Statement shall be filed by 2/17/10.

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

JOINT CMC STATEMENT FOR LIANG v. POTTER