Roberto G. Ripamonti, Esq. (SB#259123)
Tsao-Wu, Chow & Yee LLP
685 Market Street, Suite 460
San Francisco, CA 94105
Telephone: (415) 777-1688
Facsimile: (415) 777-2298

Attorney for Plaintiff
Lorine Hui Hong Liang

JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7264
    Facsimile:   (415) 436-6748
    Email: abraham.simmons@usdoj.gov

Attorneys for John E. Potter

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORINE HUI HONG LIANG )<br>)<br>                Plaintiff, )<br>)<br>vs. )<br>)<br>JOHN E. POTTER, IN HIS OFFICIAL )<br>CAPACITY AS POST MASTER )<br>GENERAL, UNITED STATES POSTAL )<br>SERVICE )<br>)<br>                Defendant. )<br>_____ ) | Case No.: CV-03137<br><br>STIPULATION TO CONTINUE<br>CASE MANAGEMENT CONFERENCE<br>AND [PROPOSED] ORDER |

Plaintiff Lorine Hui Hong Liang and Defendant John E. Potter, Postmaster General, jointly submit this Stipulation to continue until March 31, 2010, the case management conference currently scheduled for February 24, 2010.

This case has been resolved. Plaintiff is now only awaiting the payment of the settlement amount by the Defendant. Pursuant to the terms of the settlement agreement, the stipulated dismissal will be filed upon receipt by the Plaintiff of the settlement amount. Payment is expected within the next few weeks.

Accordingly, the parties jointly request that the CMC currently schedule for February 24, 2010 be rescheduled for March 31, 2010, by which time this case should be dismissed or the parties should appear to determine the reason for the delay.

at 2:30 p.m.

Dated: February 18, 2010                Respectfully submitted,

                                        By:     ___/s/ Roberto Ripamonti_____
                                                Roberto G. Ripamonti
                                                Attorney for Plaintiff
                                                Lorine Liang


                                        By:     ____/s/ Abraham Simmons_____
                                                Abraham Simmons
                                                Attorney for Defendant
                                                John Potter, Post Master General, USPS

### [PR~~O~~POSED] ORDER

Good cause appearing, the stipulation is **APPROVED**. The Case Management Conference currently scheduled for February 24, 2010, is continued to March 31, 2010. The parties shall promptly file a stipulated dismissal upon final performance of the settlement agreement.

_____
United Stated Magistrate Judge

IT IS SO ORDERED
MODIFIED
Judge Edward M. Chen