Roberto G. Ripamonti, Esq. (SB#259123)
Tsao-Wu, Chow & Yee LLP
685 Market Street, Suite 460
San Francisco, CA 94105
Telephone: (415) 777-1688
Facsimile: (415) 777-2298

Attorney for Plaintiff
Lorine Hui Hong Liang

JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7264
    Facsimile:   (415) 436-6748
    Email: abraham.simmons@usdoj.gov

Attorneys for John E. Potter

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORINE HUI HONG LIANG | Case No.: 09-03137  EMC |
| Plaintiff, | |
| vs. | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| JOHN E. POTTER, IN HIS OFFICIAL CAPACITY AS POST MASTER GENERAL, UNITED STATES POSTAL SERVICE | ORDER |
| Defendant. | |

Pursuant to the agreement to settle this matter as set out in the settlement agreement filed with the Court and approved February 10, 2010, Plaintiff Loriane Hui Hong Liang and Defendant John E. Potter, through their respective undersigned counsel, stipulate to the dismissal with prejudice of this action in its entirety, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: March 30, 2010

Respectfully submitted,

By: /s/ Roberto G. Ripamonti
Roberto G. Ripamonti
Attorney for Plaintiff
Lorine Hui Hong Liang

JOSEPH P. RUSSONIELLO
United States Attorney

By: /s/ Abraham Simmons
Abraham Simmons
Assistant United States Attorney
Attorneys for Defendants
John Potter, Postmaster General, USPS

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED*
Judge Edward M. Chen
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)